ACCEPTED
12-15-00238-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/13/2015 3:16:00 PM
Pam Estes
CLERK

## No. 12-15-00238-CR

| | | |
|---|---|---|
| | § | **IN THE COURT OF APPEALS** |
| | § | |
| **IN RE: DAVID MARK DAVIS II** | § | **TWELFTH JUDICIAL REGION** |
| | § | |
| | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/13/2015 3:16:00 PM
PAM ESTES
Clerk

### RELATOR'S NOTICE OF CHANGE OF MAILING ADDRESS

Relator, David Mark Davis II, files this notice of change of mailing address with the clerk of the court.

1)  Relator's current mailing address should be changed to:

> **David Mark Davis II**
> **PO Box 530908**
> **Harlingen, Texas 78553**

2)  Relator's physical address has not changed and should remain 905 N. Loop 499, Apt. 525; Harlingen, Texas 78550.

Respectfully Submitted,

David Mark Davis II
Relator, *Pro Se*

### CERTIFICATE OF SERVICE

I certify that at the time of filing, a copy of the foregoing Notice was served via USPS First Class Mail on the Respondent and Real Party in Interest.

_____
David Mark Davis II